WWR# 07228499

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re: Todd Jarrett

                Debtor,

Case No. 07-00787
Chapter 13
Hon. Jack B. Schmetterer

                                                    /

### FIFTH THIRD BANK'S STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes Fifth Third Bank, by and through counsel, Monette W. Cope, and makes this statement of outstanding post petition obligations on its mortgage and note secured by the real estate commonly know as 346 DIANE LANE, CHICAGO HEIGHTS, IL.

1. Payments due:

| DATE | LATE CHARGE | PAYMENT |
|---|---|---|
| March 3, 2007 | $24.32 | ------ |
| March 31, 2007 | $24.32 | ------ |
| April, 2007 | ----- | $486.32 |
| May 1, 2007 | $24.32 | ------ |
| May 31, 2007 | $24.32 | ------ |
| May, 2007 | ----- | $486.32 |
| July1, 2007 | $24.32 | ------ |
| July 31, 2007 | $24.32 | ------ |
| June, 2007 | ----- | $486.32 |
| August 31, 2007 | $24.32 | ------ |
| July, 2007 | ----- | $486.32 |

August, 2007 through December, 2008 payments at $486.32 each for a total of $8,267.44

        Total Late Charges    $170.24    Total Payments    $10,212.72

Total Amount Due: $10,382.96

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: January 9, 2009          By:  /s/ Monette Cope
                                    Monette Cope
                                    180 N. LaSalle Street, Suite 2400
                                    Chicago, IL 60601
                                    Phone:  312-253-9635
                                    ARDC #6198913
                                    Attorney for Creditor
                                    Fifth Third

## PROOF OF SERVICE

Creditor Fifth Third filed a Statement of Outstanding Obligation. All parties were served a copy of the statement on <u>January 9, 2009.</u> The statement was served upon Debtor(s) by depositing the same in the U.S. Mail at 180 N. LaSalle Chicago, Illinois postage prepaid addressed below. The remaining parties were served by the Court's CM/ECF electronic noticing.

    Todd Jarrett
    346 Diane Lane
    Chicago Heights, I L60411

    Craig Z. Black
    Attorney for Debtor
    407 S. Dearborn St., 6th Floor
    Chicago, IL 60605

    Thomas E. Vaughn
    Chapter 13 Trustee
    200 South Michigan Ave., Suite 1300
    Chicago, IL  60603-6398

    Respectfully submitted,

    **WELTMAN, WEINBERG & REIS CO., L.P.A.**

    By: <u>/s/ Monette Cope</u>
        Monette Cope
        Attorney for Creditor
        Fifth Third